**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
JAMES LEE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE,<br><br>             Plaintiff,<br>   vs.<br><br>CLEAVE, LLC D/B/A BLUE FISH JAPANESE RESTAURANT; JOHN KUMJIAN, AS TRUSTEE OF KUMJIAN J H AND S V KUMJIAN TRUST; HONOLULU AVE AND MAGNOLIA BLVD, LLC; DOES 1 to 10,<br><br>             Defendants. | Case No.: 2:20-cv-05018-RSWL (AFMx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CLEAVE, LLC** |

**PLEASE TAKE NOTICE** that Plaintiff JAMES LEE ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant CLEAVE, LLC D/B/A BLUE FISH JAPANESE RESTAURANT ("Defendant") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

(1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: July 16, 2020    SO. CAL. EQUAL ACCESS GROUP

By:  */s/  Jason J. Kim*
     Jason J. Kim
     Attorneys for Plaintiff